12410

No 74039

THE STATE OF TEXAS

VS.

LAWRENCE FLOYD MILLER, III

In THE DISTRICT COURT
412TH JUDICIAL DISTRICT
BRAZORIA COUNTY TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/23/2015 2:06:59 PM
CHRISTOPHER A. PRINE
Clerk

NOTICE OF APPEAL

FILED
at 1:31 o'clock P M.

MAR 1 8 2015

Rhonda Barchak
Clerk of District Court Brazoria Co., Texas
BY Kmm DEPUTY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES LAWRENCE FLOYD MILLER, III

AND GIVES HIS WRITTEN NOTICE OF APPEAL TO THE

COURT OF APPEALS FROM HIS CONVICTION AND SENTENCE

RESPECTFULLY SUBMITTED,

FILED
at 2:00 o'clock P M.

MAR 1 8 2015

Rhonda Barchak
Clerk of District Court Brazoria Co., Texas
BY_____ DEPUTY

CARY M. FADEN
SBN 06768725
77 SUGAR CREEK CENTER BLVD., SUITE 230
SUGARLAND, TX 77478
281. 491.6182
E-MAIL: CARYFADEN@AOL.COM